RECEIVED
APR 13 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

REBECCA LASALLE CANO      CIVIL ACTION NO. 6:17-cv-00951

VERSUS      JUDGE TRIMBLE

U.S. COMMISSIONER,      MAGISTRATE JUDGE HANNA
SOCIAL SECURITY
ADMINISTRATION

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to properly weigh and evaluate the medical opinions of the claimant's treating medical care providers; properly evaluate the claimant's credibility; consider the side effects of the claimant's medical treatment in evaluating her residual

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

functional capacity; and properly evaluate the plaintiff's residual functional capacity, particularly in light of her psychological impairments.

Signed at Alexandria, Louisiana, this 13th day of April, 2018.

                                                       _____
                                                       JAMES T. TRIMBLE, JR.
                                                       UNITED STATES DISTRICT JUDGE